UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| THOMAS GEORGE CARGILL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　　Respondent. | No. SA CV 10-1610-PA (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION** |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's final report and recommendation, and petitioner's objections. The Court agrees with the recommendations of the magistrate judge.

　　ACCORDINGLY, IT IS ORDERED:

　　1.　The final report and recommendation is adopted.

　　2.　Judgment shall be entered consistent with this order.

　　3.　The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: October 20, 2011

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE