UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| THOMAS GEORGE CARGILL, | ) | No. SA CV 10-1610-PA (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| RANDY GROUNDS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: October 20, 2011

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE